**Fill in this information to identify the case:**

**Debtor 1**  Teairra Christina Studgeon

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the:** Eastern District of Virginia
(State)

**Case number** 17-35412-KRH

# Form 4100R

# Response to Notice of Final Cure Payment                                     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no. (if known):** 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 3046

**Property Address:** 1916 N Battery Drive
Number           Street

Richmond, VA 23222
City                State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. | Total postpetition ongoing payments due: 5/1/2022 1@ $891.32 | (a) $ 891.32 |
| b. | Total fees, charges, expenses, escrow, and cost outstanding: | + (b) $ _____ |
| c. | **Total**. Add lines a and b. | (c) $ 891.32 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   05 / 01/2022       Less Suspense -$856.55
MM/ DD /YYYY       Total=$ 34.77

---

Official Form 4100R              **Response to Notice of Final Cure Payment**              Page 1

| Debtor 1 | Teairra Christina Studgeon | Case Number (if known) | 17-35412-KRH |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Todd Rich    Date 05/26/2022
Signature

Print: Todd Rich, Bar No. VABN 74296    Title: Bankruptcy Attorney
First name  Middle Name  Last name

Company: MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 3550 Engineering Drive, Suite 260
Number  Street

Peachtree Corners, GA 30092
City  State  Zip Code

Contact phone: 404-474-7149    Email: trich@mtglaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Teairra Christina Studgeon
1916 N Battery Dr
Richmond, VA 23222

**Via CM/ECF electronic service:**
Seth Jackson-Marks
Pagano & Marks, P.C.
25 E. Main Street
Richmond, VA 23219

Suzanne E. Wade
7202 Glen Forest Drive, Ste 202
Richmond, VA 23226

Dated: May 26, 2022

                                                      Respectfully submitted,

                                                      By: /s/ Todd Rich
                                                      Todd Rich, Esq.
                                                      VABN 74296

                                                      MCMICHAEL TAYLOR GRAY, LLC
                                                      Attorney for Creditor
                                                      3550 Engineering Drive, Suite 260
                                                      Peachtree Corners, GA 30092
                                                      Telephone: 404-474-7149
                                                      Facsimile: 404-745-8121
                                                      E-mail: trich@mtglaw.com
                                                      MTG File No.: 22-000545-02



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 06/01/17 | 645.98 | 191.71 | 837.69 | Payment listed in POC |
| 09/01/17 | 645.98 | 191.27 | 837.25 | Payment listed in POC |
| 09/01/18 | 645.98 | 201.06 | 847.04 | NOPC filed with the court |
| 09/01/19 | 645.98 | 216.47 | 862.45 | NOPC filed with the court |
| 09/01/20 | 645.98 | 246.52 | 892.50 | NOPC filed with the court |
| 04/01/22 | 645.98 | 245.34 | 891.32 | NOPC filed with the court |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| | |
|---|---|
| Loan# | |
| Borrower: | Studgeon |
| Date Filed: | 10/30/2017 |
| BK Case # | 17-35412 |
| First Post Petition Due Date: | 11/1/2017 |
| POC covers: | 06/01/17 - 10/01/17 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 11/15/2017 | $896.00 | Post | 11/1/17 | 6/1/17 | $837.25 | $58.75 | $58.75 | | $58.75 | | | | $0.00 | $0.00 | | |
| 2/5/2018 | $837.69 | Post | 12/1/17 | 7/1/17 | $837.25 | $0.44 | $0.44 | | $59.19 | | | | $0.00 | $0.00 | | |
| 3/8/2018 | $837.25 | Post | 1/1/18 | 8/1/17 | $837.25 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 5/29/2018 | $837.25 | Post | 2/1/18 | 9/1/17 | $837.25 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 5/29/2018 | $837.25 | Post | 3/1/18 | 10/1/17 | $837.25 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 5/29/2018 | $837.25 | Post | 4/1/18 | 11/1/17 | $837.25 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 5/29/2018 | $837.25 | Post | 5/1/18 | 12/1/17 | $837.25 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 6/7/2018 | $837.25 | Post | 6/1/18 | 1/1/18 | $837.25 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 8/5/2018 | $837.25 | Post | 7/1/18 | 2/1/18 | $837.25 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 8/6/2018 | $837.25 | Post | 8/1/18 | 3/1/18 | $837.25 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 9/18/2018 | $847.04 | Post | 9/1/18 | 4/1/18 | $847.04 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 11/9/2018 | $847.04 | Post | 10/1/18 | 5/1/18 | $847.04 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 12/23/2018 | $847.04 | Post | 11/1/18 | 6/1/18 | $847.04 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 2/4/2019 | $847.04 | Post | 12/1/18 | 7/1/18 | $847.04 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 3/29/2019 | $847.04 | Post | 1/1/19 | 8/1/18 | $847.04 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 4/15/2019 | $847.04 | Post | 2/1/19 | 9/1/18 | $847.04 | $0.00 | | | $59.19 | | | | $0.00 | $0.00 | | |
| 4/28/2019 | $600.39 | Post | | | | $600.39 | $600.39 | | $659.58 | | | | $0.00 | $0.00 | | |
| 4/28/2019 | $999.99 | Post | 3/1/19 | 10/1/18 | $847.04 | $152.95 | $152.95 | | $812.53 | | | | $0.00 | $0.00 | | |
| 5/6/2019 | $34.00 | Post | | | | $34.00 | $34.00 | | $846.53 | | | | $0.00 | $0.00 | | |
| 5/10/2019 | $847.04 | Post | 4/1/19 | 11/1/18 | $847.04 | $0.00 | | | $846.53 | | | | $0.00 | $0.00 | | |
| 6/7/2019 | $847.55 | Post | 5/1/19 | 12/1/18 | $847.04 | $0.51 | $0.51 | | $847.04 | | | | $0.00 | $0.00 | | |
| | | Post | 6/1/19 | 1/1/19 | $847.04 | -$847.04 | | $847.04 | $0.00 | | | | $0.00 | $0.00 | | |
| 8/2/2019 | $847.04 | Post | 7/1/19 | 2/1/19 | $847.04 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/3/2019 | $847.04 | Post | 8/1/19 | 3/1/19 | $847.04 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/27/2019 | $862.45 | Post | 9/1/19 | 4/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 11/8/2019 | $862.45 | Post | 10/1/19 | 5/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 11/22/2019 | $862.45 | Post | 11/1/19 | 6/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 12/8/2019 | $862.45 | Post | 12/1/19 | 7/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 1/21/2020 | $862.45 | Post | 1/1/20 | 8/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/2/2020 | $862.45 | Post | 2/1/20 | 9/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/2/2020 | $862.45 | Post | 3/1/20 | 10/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/31/2020 | $862.45 | Post | 4/1/20 | 11/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/31/2020 | $862.45 | Post | 5/1/20 | 12/1/19 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 6/15/2020 | $862.45 | Post | 6/1/20 | 1/1/20 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/7/2020 | $862.45 | Post | 7/1/20 | 2/1/20 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/31/2020 | $862.45 | Post | 8/1/20 | 3/1/20 | $862.45 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 10/1/2020 | $862.45 | Post | | | | $862.45 | $862.45 | | $862.45 | | | | $0.00 | $0.00 | | |
| 10/29/2020 | $892.50 | Post | 9/1/20 | 4/1/20 | $892.50 | $0.00 | | | $862.45 | | | | $0.00 | $0.00 | | |
| 12/8/2020 | $892.50 | Post | 10/1/20 | 5/1/20 | $892.50 | $0.00 | | | $862.45 | | | | $0.00 | $0.00 | | |
| 12/30/2020 | | Pre | | | | $0.00 | | | $862.45 | | | $52.36 | $52.36 | $52.36 | | |
| 1/13/2021 | $892.50 | Post | 11/1/20 | 6/1/20 | $892.50 | $0.00 | | | $862.45 | | | | $52.36 | $52.36 | | |
| 1/13/2021 | $892.50 | Post | 12/1/20 | 7/1/20 | $892.50 | $0.00 | | | $862.45 | | | | $52.36 | $52.36 | | |
| 1/29/2021 | | Pre | | | | $0.00 | | | $862.45 | | | $314.29 | $366.65 | $366.65 | | |
| 2/23/2021 | | Pre | | | | $0.00 | | | $862.45 | | | $208.45 | $575.10 | $575.10 | | |
| 3/9/2021 | $2,677.50 | Post | 1/1/21 | 8/1/20 | $892.50 | $1,785.00 | $1,785.00 | | $2,647.45 | | | | $575.10 | $575.10 | | |
| | | Post | 2/1/21 | 9/1/20 | $892.50 | -$892.50 | | $892.50 | $1,754.95 | | | | $575.10 | $575.10 | | |
| | | Post | 3/1/21 | 10/1/20 | $892.50 | -$892.50 | | $892.50 | $862.45 | | | | $575.10 | $575.10 | | |
| 3/15/2021 | | Escrow | | | | $0.00 | | | $862.45 | | | $575.10 | $0.00 | $575.10 | $575.10 | |
| 4/1/2021 | $892.50 | Post | 4/1/21 | 11/1/20 | $892.50 | $0.00 | | | $862.45 | | | | $0.00 | $575.10 | | |
| 4/2/2021 | | Pre | | | | $0.00 | | | $862.45 | | | $312.56 | $312.56 | $887.66 | | |
| 4/27/2021 | | Pre | | | | $0.00 | | | $862.45 | | | $208.46 | $521.02 | $1,096.12 | | |
| 5/3/2021 | $892.50 | Post | 5/1/21 | 12/1/20 | $892.50 | $0.00 | | | $862.45 | | | | $521.02 | $1,096.12 | | |
| 5/31/2021 | | Pre | | | | $0.00 | | | $862.45 | | | $208.37 | $729.39 | $1,304.49 | | |
| 6/3/2021 | $892.50 | Post | 6/1/21 | 1/1/21 | $892.50 | $0.00 | | | $862.45 | | | | $729.39 | $1,304.49 | | |
| 6/29/2021 | | Pre | | | | $0.00 | | | $862.45 | | | $229.26 | $958.65 | $1,533.75 | | |
| 6/30/2021 | | Escrow | | | | $0.00 | | | $862.45 | | | $382.57 | $576.08 | $1,533.75 | $382.57 | |
| 7/16/2021 | $892.50 | Post | 7/1/21 | 2/1/21 | $892.50 | $0.00 | | | $862.45 | | | | $576.08 | $1,533.75 | | |
| 7/28/2021 | | Pre | | | | $0.00 | | | $862.45 | | | $229.33 | $805.41 | $1,763.08 | | |
| 8/13/2021 | $891.32 | Post | 8/1/21 | 3/1/21 | $892.50 | -$1.18 | | $1.18 | $861.27 | | | | $805.41 | $1,763.08 | | |
| 8/25/2021 | | Pre | | | | $0.00 | | | $861.27 | | | $255.82 | $1,061.23 | $2,018.90 | | |
| 9/15/2021 | $891.32 | Post | 9/1/21 | 4/1/21 | $892.50 | -$1.18 | | $1.18 | $860.09 | | | | $1,061.23 | $2,018.90 | | |
| 9/29/2021 | | Pre | | | | $0.00 | | | $860.09 | | | $349.53 | $1,410.76 | $2,368.43 | | |
| 10/20/2021 | $891.32 | Post | 10/1/21 | 5/1/21 | $892.50 | -$1.18 | | $1.18 | $858.91 | | | | $1,410.76 | $2,368.43 | | |
| 10/29/2021 | | Pre | | | | $0.00 | | | $858.91 | | | $220.08 | $1,630.84 | $2,588.51 | | |
| 11/16/2021 | $891.32 | Post | 11/1/21 | 6/1/21 | $892.50 | -$1.18 | | $1.18 | $857.73 | | | | $1,630.84 | $2,588.51 | | |
| 11/23/2021 | | Pre | | | | $0.00 | | | $857.73 | | | $220.08 | $1,850.92 | $2,808.59 | | |
| 11/24/2021 | | Pre | Pre | 7/1/21 | | $0.00 | | | $857.73 | 6/1/2017 | | $837.69 | $1,013.23 | $2,808.59 | $191.71 | |
| 12/17/2021 | $891.32 | Post | 12/1/21 | 8/1/21 | $892.50 | -$1.18 | | $1.18 | $856.55 | | | | $1,013.23 | $2,808.59 | | |
| 1/3/2022 | | Pre | | | | $0.00 | | | $856.55 | | | $220.08 | $1,233.31 | $3,028.67 | | |
| 1/14/2022 | $891.32 | Post | 1/1/22 | 9/1/21 | $892.50 | -$1.18 | | $1.18 | $855.37 | | | | $1,233.31 | $3,028.67 | | |
| 2/2/2022 | | Pre | | | | $0.00 | | | $855.37 | | | $220.08 | $1,453.39 | $3,248.75 | | |
| 2/11/2022 | $892.50 | Post | 2/1/22 | 10/1/21 | $892.50 | $0.00 | | | $855.37 | | | | $1,453.39 | $3,248.75 | | |
| 3/2/2022 | | Pre | | | | $0.00 | | | $855.37 | | | $220.08 | $1,673.47 | $3,468.83 | | |
| 3/11/2022 | $892.50 | Post | 3/1/22 | 11/1/21 | $892.50 | $0.00 | | | $855.37 | | | | $1,673.47 | $3,468.83 | | |
| 3/21/2022 | | Pre | Pre | 12/1/21 | | $0.00 | | | $855.37 | 7/1/2017 | | $837.69 | $835.78 | $3,468.83 | $191.71 | |
| 3/21/2022 | | Pre | Pre | 1/1/22 | | $0.00 | | | $855.37 | 8/1/2017 | | $837.69 | -$1.91 | $3,468.83 | $191.71 | |
| 3/30/2022 | | Pre | | | | $0.00 | | | $855.37 | | | $330.12 | $328.21 | $3,798.95 | | |
| 4/13/2022 | $892.50 | Post | 4/1/22 | 2/1/22 | $891.32 | $1.18 | $1.18 | | $856.55 | | | | $328.21 | $3,798.95 | | |
| 4/28/2022 | | Pre | | | | $0.00 | | | $856.55 | | | $388.62 | $716.83 | $4,187.57 | | |
| | | Reversal | | | | $0.00 | | | $856.55 | | | -$957.67 | -$1,674.50 | $4,187.57 | -$957.67 | |
| | | Pre | Pre | 3/1/22 | | $0.00 | | | $856.55 | 9/1/2017 | | $837.25 | $837.25 | $4,187.57 | $191.27 | |
| | | Pre | Pre | 4/1/22 | | $0.00 | | | $856.55 | 10/1/2017 | | $837.25 | $0.00 | $4,187.57 | $191.27 | |
| | | | | | | $0.00 | | | $856.55 | | | | $0.00 | $4,187.57 | | |
| Post due | | | 5/1/22 | | | $0.00 | | | $856.55 | | | | $0.00 | $4,187.57 | | |
| | | | | | | $0.00 | | | $856.55 | | | | $0.00 | $4,187.57 | | |
| | | | | | | $0.00 | | | $856.55 | | | | $0.00 | $4,187.57 | | |